[Cite as *Medors v. Unknown*, 2009-Ohio-7160.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

STACIE MEDORS

    Plaintiff

    v.

Case No. 2009-07954-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL    UNKNOWN


{¶ 1} On October 1, 2009, this court issued a Return of Complaint Form/Direction to Complete Form requiring plaintiff to file a corrected complaint naming an appropriate state agency as defendant. Plaintiff was also ordered to either pay the $25 filing fee or to file a filed poverty statement. Plaintiff has failed to comply with the court orders. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Stacie Medors
901 Oxley Road
Columbus, Ohio 43212

DRB/laa
Filed 11/18/09
Sent to S.C. reporter 3/5/10